UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID EARL FREEMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:17-CV-3-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on October 13, 2017, and Copies To:**
Monica Rathke Savidge                     (via CM/ECF electronic notification)
Mark J. Goldenberg                             (via CM/ECF electronic notification)


DATE:                                                    PETER A. MOORE, JR., CLERK
October 13, 2017                                  (By)  /s/ Nicole Briggeman
                                                              Deputy Clerk